```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| KEVIN HOGAN, | : | CIVIL ACTION |
| | : | NO. 04-957 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| FRANK D. GILLIS, et al., | : | |
| | : | |
| Respondents. | : | |

### O R D E R

**AND NOW**, this **16th** day of **September, 2022**, in consideration of Petitioner's Motion to Reopen Petition for Writ of Habeas Corpus Proceedings Pursuant to Rule 60(b)(2) and (6) [ECF No. 30] and Respondent's Response to Petitioner's Motion [ECF No. 39] it is hereby **ORDERED** that Petitioner's motion is **DENIED WITHOUT PREJUDICE**. It is further ordered that:

Petitioner's Motion to Hold Petitioner's Rule 60(b) Motion in Abeyance [ECF No. 31] while he litigates in state court is **DENIED AS MOOT**; and

Petitioner's Motions to Inform the Court of State Litigation Developments [ECF Nos. 35 and 36] are **GRANTED**.

**BY THE COURT:**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**